1  **JESSE S. KAPLAN CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **KAREN RISTAU**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN RISTAU,** | No. 2:06-CV-2571-KJM |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPENING BRIEF; ORDER** |
| **MICHAEL ASTRUE,** **Commissioner of Social Security,** | |
| Defendant. | |

STIPULATION

It is hereby stipulated between the parties, through their undersigned attorneys, that plaintiff shall have an extension of time to 30 days from the date of this order in which to file a motion for summary judgment.  No previous extensions have been requested.

SO STIPULATED.

DATED:     July 25, 2007                         /s/   Jesse S. Kaplan
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff
                                                 KAREN RISTAU

DATED:     July 30, 2007                         /s/   Theophus Reagans
                                                 THEOPHUS H. REAGANS
                                                 Special Asst. U.S. Attorney
                                                 Attorneys for Defendant

1

<u>ORDER</u>

GOOD CAUSE APPEARING from the above stipulation, IT IS ORDERED that plaintiff shall have thirty (30) days from the date of this order within which to file a motion for summary judgment.

DATED: July 31, 2007.

_____
U.S. MAGISTRATE JUDGE