McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RISTAU,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 06-2571 KJM<br><br>STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

    On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

    1)    Update the record by obtaining a consultative psychiatric evaluation;

    2)    Provide a DA&A analysis in accordance with the regulations set forth in 20 C.F.R. § 416.935 (a)(b);

    3)    Consolidate claimant's prior Title XVI claim filed on April 17, 2002 with the current claim and issue a new decision on the consolidated claims; and

    4)    Further develop the record as needed.

Dated: October 12, 2007

>*/s/ Jesse S. Kaplan*
>(As signed via fax)
>JESSE S. KAPLAN
>Attorney at Law
>
>Attorney for Plaintiff
>
>
>McGREGOR W. SCOTT
>United States Attorney

Dated: October 12, 2007                    By:

>*/s/ Theophous H. Reagans*
>THEOPHOUS H. REAGANS
>Special Assistant U.S. Attorney
>
>Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
REGIONAL CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: October 16, 2007.

_____
U.S. MAGISTRATE JUDGE